**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:02-CR-64-002 |
| | § | |
| WENDELL HAYS | § | |

## ORDER

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties filed no objections to the Report and Recommendations.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. The Court DISMISSES the petition to revoke supervised release against Defendant, Wendell Hays. Further, the Court ORDERS that Defendant be allowed to finish out his supervised release period under his current conditions of supervised release, modified by the condition that Defendant not be permitted to drive during the remaining period of supervised release.

**So ORDERED and SIGNED this 9th day of July, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**